

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Jovo Blesich
(Please print)

STREET ADDRESS: 8890 Calhoun Place

CITY/STATE/ZIP: Crown Point, IN 46307

PHONE NUMBER: 219-558-0505

CASE NUMBER: 08CV4590
JUDGE GETTLEMAN
MAGISTRATE JUDGE MASON

_____
Signature Date

FILED
AUG 1 8 2008 TC
Aug 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT