# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4590 | **DATE** | 8/18/2008 |
| **CASE TITLE** | Jovo Blesich    vs    Corn Products | | |

**DOCKET ENTRY TEXT:**

Plaintiff's in forma pauperis application [4] is denied for failure to show a financial hardship.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|